1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAKOB MICHAEL PARSONS,   )  Case No. 5:24-cv-00240-SP
                                 )

12              Plaintiff,    )
                                 )  **JUDGMENT**

13             v.             )

14  LELAND DUDEK, Acting     )
Commissioner of Social Security  )

15  Administration,            )

16            Defendant.   )

17  _____)

18        Pursuant to the Memorandum Opinion and Order filed contemporaneously

19  with the filing of this Judgment,

20        IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

21  Social Security Administration is **AFFIRMED** and this action is dismissed with

22  prejudice.

23

24  Dated: March 31, 2025

25                                     _____

26                         SHERI PYM
                       United States Magistrate Judge

27

28